IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD O. LONG,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 15-0361-WS-C |
| | ) |
| **ADAM MADISON,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the Order entered on this date, granting defendant's Motion to Dismiss (doc. 10) and concluding that the Complaint is barred in its entirety by res judicata principles, it is **ordered, adjudged and decreed** that plaintiff shall have and take nothing, and that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 10th day of November, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE